# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2007

134516

BRETTEN STONE,
      Plaintiff-Appellee,

v

R.W. LAPINE, INC., and ACCIDENT FUND
INSURANCE COMPANY OF AMERICA,
      Defendants-Appellants.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134516
COA: 275684
WCAC: 05-000242

_____/

On order of the Court, the application for leave to appeal the June 14, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2007

                         Clerk

t1017